**\*E-Filed 3/15/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOSPITAL BONANOVA, et al., | No. C 10-3948 RS |
| Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| KAISER FOUNDATION HOSPITALS, et al., | |
| Defendants. | |

On March 3, 2011, this Court dismissed the matter for want of subject matter jurisdiction. In that Order, the Court afforded plaintiffs twenty days to file a motion requesting leave to seek reconsideration. Plaintiffs were instructed to address the jurisdictional issue in any request filed. On March 14, 2011, plaintiffs filed such a request. Defendants must file any opposition within ten days of this Order. Should plaintiffs wish to reply, they must do so no more than seven days after defendants' opposition is filed. Both parties shall adhere to a limitation of no more than ten pages.

IT SO ORDERED.

Dated:  3/15/11

_____
Richard Seeborg

NO. C 10-3948 RS
ORDER

United States District Court
For the Northern District of California

1  UNITED STATES DISTRICT JUDGE